**Order entered September 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00960-CR

### MARCOS EVANGELISTO ESCOBAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1700354-W**

## ORDER

Before the Court is the State's September 7, 2018 "Second Motion for Extension of Time to File Brief." This case is set for submission without oral argument on October 2, 2018.

The Court **GRANTS** the motion and accepts the State's brief tendered for filing with the Court on September 7, 2018.

/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE